UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Daniel Rivera,

        Plaintiff,                          Case No. 09-14830

v.                                           Hon. Nancy G. Edmunds

John Doe, Michigan Department of Corrections,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that because Plaintiff has failed to show cause in accordance with the order entered on March 31, 2010, this case is hereby DISMISSED WITHOUT PREJUDICE.

      SO ORDERED.

                        s/Nancy G. Edmunds_____
                        Nancy G. Edmunds
                        United States District Judge

Dated:  February 16, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 16, 2011, by electronic and/or ordinary mail.

                        s/Carol A. Hemeyer_____
                        Case Manager